# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130996(48)

STEVEN FATA, ANNA FATA, DENNIS
REILLY and ROSEMARY REILLY,
Plaintiffs/Counter-Defendants-
Appellees,

v

SC: 130996
COA: 257936
Roscommon CC: 02-723576-CH

ROSCOMMON COUNTY ROAD COMMISSION,
Defendant-Counter-Plaintiff-
Appellant,

and

LYON TOWNSHIP, DEPARTMENT OF
TRANSPORTATION, DEPARTMENT OF
TREASURY and DEPARTMENT OF
NATURAL RESOURCES,
Defendants-Appellees.
_____/

On order of the Court, the motion for reconsideration of this Court's July 31, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

Clerk

d0122